# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | | |
|---|---|---|
| Alexander N. Asanov, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | **No. 5:07-CV-199-BR** |
| Dewitt T. Hicks, Jr., M. Jay Nichols, | ) | |
| P. Nelson Smith, Jr., Marvin Hayes Hunt, | ) | |
| Marina Y. Hunt, Glen Davidson, Jerry | ) | |
| Davis and Michael Mills, | ) | |
| Defendants. | ) | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED, ADJUDGED AND DECREED that the defendants Hicks, Nichols, and Smith's motion to dismiss and defendants Hunt and Hunt's motion to dismiss are ALLOWED, and this action as against the GHN defendants and the Hunt defendants is DISMISSED under Fed. R. Civ. P. 12(b)(2). This action is also DISMISSED as asserted against the judicial defendants under Fed.R.Civ.P.12(b)(6).

**THIS JUDGMENT FILED AND ENTERED ON OCTOBER 23, 2007 and COPIES TO:**

Alexander N. Asanov

1414 Preston Grove Ave

Cary, NC 27513

Brian O. Beverly

Young, Moore & Henderson

P.O. Box 31627

Raleigh, NC 27622-1627

OCTOBER 23, 2007                                   /s/ DENNIS P. IAVARONE, Clerk

